**Timothy OCLTREE, Plaintiff—
Appellant,**

v.

**Charles PHILLIPS; Patricia Bailey;
David Hines, Defendants—
Appellees.**

No. 04–7719.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2005.

Decided: March 7, 2005.

Timothy Ocltree, Appellant pro se.

Michael William Mitchell, Kelly L. Podger, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, Raleigh, North Carolina; Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Ocltree appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ocltree v. Phillips*, No. CA–03–306–5–H (E.D.N.C. Sept. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*